

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's Direct Dial: (212)

October 25, 2022

> Application granted.
>
> Discovery shall be reopened and all discovery shall be completed by November 30, 2022. The parties are directed to file a proposed Fourth Amended Civil Case Discovery Plan and Scheduling Order reflecting the modified deadlines.
>
> The time for Defendant to file a pre-motion conference letter for the anticipated motion for summary judgment is extended to January 3, 2023.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 37.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 26, 2022

**BY ECF**
Hon. Philip M. Halpern
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:  <u>Browne v. State of New York</u>, 21 C

Dear Judge Halpern:

This Office represents defendant New York State Department of Corrections and Community Supervision ("Defendant") in the above-referenced action. I write on behalf of all parties to respectfully request that discovery in this case be reopened, with a new cutoff of <u>November 30, 2022</u>, primarily to allow for expedited discovery concerning two recently discovered witnesses, one identified by Plaintiffs, Tasha Noble, and one identified by Defendant, Lt. Richard Flessa.

If the Court grants the parties' request to reopen discovery, Defendant also requests, with Plaintiff's consent, that the time for Defendant to file a letter requesting a pre-motion conference with respect to an anticipated motion for summary judgment be similarly extended from December 1, 2022, to <u>January 3, 2023</u>. This extension is necessary to allow the parties to comply with Your Honor's Individual Rules concerning the exchange of Rule 56.1 Statements, and because I have two trials scheduled to start on November 1, 2022 and December 6, 2022 in *Constant v. Dapcevic*, 16 Civ. 3985 (PMH) and *Smolen v. Harrison*, 17 Civ. 7494 (PMH) respectively. This is the first request to reopen discovery. We thank the Court for its attention to this matter.

Respectfully submitted,
 */s/ Amanda Yoon*
Amanda Yoon
Assistant Attorney General
Amanda.Yoon@ag.ny.gov

cc: (Plaintiff's Counsel of Record)
     (via ECF)