**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERTO BROWNE and JADE N. PARKER,

                              Plaintiffs,

      -against-                                                 21 **CIVIL** 5240 (PMH)

## JUDGMENT

NEW YORK STATE DEPARMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,

                              Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 4, 2024, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 22, 2024

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                    **Clerk of Court**

                              **BY:**      *K. Mango*

                                                 _____
                                                    **Deputy Clerk**